# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RUSTY J. LEBOEUF

NO. 2020 KW 1354

**APRIL 22, 2021**

In Re: Rusty J. Leboeuf, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. C-567443.

**BEFORE: WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT